# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN DONAHUE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02344-CM-TJJ |
| | ) |
| PROBASCO & ASSOCIATES, P.A., | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY

COMES NOW Defendant Probasco & Associates, P.A. ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A) and 36(a)(3), hereby requests an extension of time to respond to Plaintiff's Interrogatories, Requests for Production and Requests for Admission until 30 days after Defendant has been served with process. In support of this Motion, Defendant states:

1. Plaintiff filed her Complaint on June 28, 2018. (Doc No. 1)

2. Defendant filed its Motion to Dismiss or in the Alternative for a More Definite Statement on August 23, 2018. (Doc No. 5)

3. Plaintiff filed its First Amended Complaint on September 4, 2018. (Doc No. 9)

4. Defendant filed its Supplemental Motion to Dismiss on September 14, 2018. (Doc No. 11)

5. On January 4, 2019, Plaintiff filed its Motion for Alternative Service and for Extension of Time to Serve Defendant. (Doc No. 25)

6. On January 11, 2019, Defendant filed its Memorandum in Opposition to Plaintiff's Motion for Alternative Service and Extension of Time. (Doc No. 26)

7. On January 25, 2019, Plaintiff filed its Reply in Support of its Motion for Alternative Service and Extension of Time. (Doc No. 27)

8. On January 25, 2019, Plaintiff served a copy of Plaintiff's First Interrogatories, Request for Production of Documents, and Request for Admission to Defendant.

9. On January 31, 2019 the Court entered its Memorandum and Order granting Plaintiff's an extension to and including March 15, 2019 in which to serve Defendant. (Doc No. 28).

10. On February 15, 2019 Defendant filed its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted.

11. Pursuant to Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A) and 36(a)(3), respectively, Defendant's responses to Plaintiff's Interrogatories, Requests for Production and Requests for Admission would be due within 30 days from the date of service, here on or about February 25, 2019. Additionally, a shorter or longer time for responding may be stipulated or be ordered by the Court. *Id.*

12. Due to the Court's ruling in its Memorandum and Order granting Plaintiff's Motion for Alternative Service and Extension of Time to Serve Defendant (Doc No. 28), Defendant respectfully submits that it is not currently under the jurisdiction of the Court until such time as service is properly made pursuant to Fed. R. Civ. P. 4.

13. In addition, Defendant has filed its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, which is currently pending before the Court.

14. Accordingly, Defendant respectfully requests that the time period to respond to Plaintiff's First Interrogatories, Requests for Production and Requests for Admission be extended

until after service is properly made on Defendant and the Court has ruled on Defendant's Motion to Dismiss.

15. This request is not made for the purpose of vexation, delay or to unduly prejudice any party, but is made in good faith on the reasons stated above and out of a need to protect Defendant's interests and against any perceived failure to respond to discovery.

WHREFORE, for the foregoing reasons, Defendant requests this Court enter its Order extending Defendant's deadline to respond to Plaintiff's First Interrogatories, Requests for Production of Documents and Request for Admissions until 30 days after Defendant has been properly served pursuant to Fed. R. Civ. P. 4 and the Court has ruled on Defendant's Motion to Dismiss, or for such other and further relief as the Court deems just and proper.

Respectfully submitted,

MORROW WILLNAUER CHURCH, L.L.C.

By: */s/DANIEL F. CHURCH*
DANIEL F. CHURCH                    #12100
AARON R. SCHUMAN                    #27823
8330 Ward Parkway, Suite 300
Kansas City, Missouri  64114
(816) 382-1382
Facsimile:  (816) 382-1383
dchurch@mwcattorneys.com
aschuman@mwcattorneys.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 15th day of February 2019, the above and foregoing was filed with the Clerk of the United States District Court, District of Kansas using the CM/ECF electronic filing system which serves a copy via electronic mail, to:

Mandy M. Shell
SMITHMARCO, P.C.
1656 Washington Street, Suite 120
Kansas City, MO  64108
mshell@smithmarco.com

Andrew Wilson
SMITHMARCO, P.C.
55 W. Monroe St., Suite 1200
Chicago, IL  60603
awilson@smithmarco.com

ATTORNEYS FOR PLAINTIFF

                                        /s/DANIEL F. CHURCH
                                        ATTORNEY FOR DEFENDANT