IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN DONAHUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-02344-CM-TJJ |
| | ) |
| PROBASCO & ASSOCIATES, P.A., | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S DISCOVERY**

COMES NOW Defendant Probasco & Associates, P.A. ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A) and 36(a)(3), hereby requests an additional two-week extension of time to respond to Plaintiff's Interrogatories, Requests for Production and Requests for Admission, to on or about March 25, 2019. In support of this Motion, Defendant states:

1. Plaintiff filed her Complaint on June 28, 2018. (Doc No. 1)

2. Defendant filed its Motion to Dismiss or in the Alternative for a More Definite Statement on August 23, 2018. (Doc No. 5)

3. Plaintiff filed its First Amended Complaint on September 4, 2018. (Doc No. 9)

4. Defendant filed its Supplemental Motion to Dismiss on September 14, 2018. (Doc No. 11)

5. On January 4, 2019, Plaintiff filed its Motion for Alternative Service and for Extension of Time to Serve Defendant. (Doc No. 25)

6. On January 11, 2019, Defendant filed its Memorandum in Opposition to Plaintiff's Motion for Alternative Service and Extension of Time. (Doc No. 26)

7.      On January 25, 2019, Plaintiff filed its Reply in Support of its Motion for Alternative Service and Extension of Time. (Doc No. 27)

8.      On January 25, 2019, Plaintiff served a copy of Plaintiff's First Interrogatories, Request for Production of Documents, and Request for Admission to Defendant.

9.      On January 31, 2019 the Court entered its Memorandum and Order granting Plaintiff's an extension to and including March 15, 2019 in which to serve Defendant. (Doc No. 28).

10.     On February 15, 2019 Defendant filed its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted.

11.     Also on February 15, 2019 Defendant filed its Motion for Extension of Time to Respond to Plaintiff's Discovery (Doc No. 31), requesting an extension until after Defendant has been served and the Court has ruled on Defendant's currently pending Motion to Dismiss.

12.     On March 1, 2019 Plaintiff filed her response to Defendant's Motion for Extension of Time to Respond to Discovery (Doc No. 33).

13.     On March 5, 2019 the Court entered its Order, granting in part and denying in part Defendant's Motion for Extension of Time to Respond to Plaintiff's Discovery. (Doc No. 34). In its Order, the Court stated Defendant is granted an extension of time to respond to Plaintiff's discovery until March 11, 2019.

14.     On that same day, counsel for Defendant was notified that E. Lou Bjorgaard Probasco, the sole owner of the Defendant law firm is currently out of the country and is not scheduled to return until March 12, 2019. Therefore, Defendant requires additional time to prepare discovery responses.

15. Accordingly, Defendant is requesting a two-week extension to respond to Plaintiff's discovery requests until on or about March 25, 2019.

16. Plaintiff has been informed of this request and is opposed.

15. This request is not made for the purpose of vexation, delay or to unduly prejudice any party, but is made in good faith on the reasons stated above and out of a need to protect Defendant's interests and against any perceived failure to respond to discovery.

WHREFORE, for the foregoing reasons, Defendant requests this Court enter its Order extending Defendant's deadline to respond to Plaintiff's First Interrogatories, Requests for Production of Documents and Request for Admissions for an additional two weeks until on or about March 25, 2019, and or for such other and further relief as the Court deems just and proper.

Respectfully submitted,

MORROW WILLNAUER CHURCH, L.L.C.

By: _____/s/DANIEL F. CHURCH_____
DANIEL F. CHURCH         #12100
AARON R. SCHUMAN         #27823
8330 Ward Parkway, Suite 300
Kansas City, Missouri  64114
(816) 382-1382
Facsimile:  (816) 382-1383
dchurch@mwcattorneys.com
aschuman@mwcattorneys.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 8th day of March 2019, the above and foregoing was filed with the Clerk of the United States District Court, District of Kansas using the CM/ECF electronic filing system which serves a copy via electronic mail, to:

Mandy M. Shell
SMITHMARCO, P.C.
1656 Washington Street, Suite 120
Kansas City, MO  64108
mshell@smithmarco.com

Andrew Wilson
SMITHMARCO, P.C.
55 W. Monroe St., Suite 1200
Chicago, IL  60603
awilson@smithmarco.com

ATTORNEYS FOR PLAINTIFF

/s/DANIEL F. CHURCH
ATTORNEY FOR DEFENDANT